

# Fourth Court of Appeals
## San Antonio, Texas

March 6, 2017

No. 04-16-00806-CR

Roger **SALDANA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Frio County, Texas
Trial Court No. 15-08-00031-CRF
Honorable Russell Wilson, Judge Presiding

# O R D E R

A supplemental clerk's record containing a Certification of Defendant's Right to Appeal for count one and count two has been filed. Both certifications indicate this case "is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial and not withdrawn, and the defendant has the right of appeal." The supplemental clerk's record contains rulings on appellant's motions to suppress.

Leticia Escamilla, the court reporter responsible for preparing, certifying, and filing the reporter's record, filed a Notification of Late Record asking for additional time in which to file her record(s). The request is GRANTED and the reporter's record is due no later than March 9, 2017.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of March, 2017.



Keith E. Hottle
Clerk of Court